Che L. Hashim, Esq. (SBN 238565)
1901 Harrison Street, Suite 1100
Oakland, CA 94612
Tel: 415/902-0949
Email: che.hashim.esq@gmail.com

Attorney for Plaintiff
RAHAT YAQUB, an incompetent adult,
by and through his Guardian Ad Litem
SADIA YAQUB

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHAT YAQUB, an incompetent adult, by and through his Guardian Ad Litem SADIA YAQUB, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF MERCED; JACOB PAYNTER; ARTURO GAONA-SATILLAN, <br><br> Defendants. | Case No. <br><br> **EX PARTE APPLICATION OF SADIA YAQUB FOR APPOINTMENT AS GUARDIAN AD LITEM FOR PLAINTIFF RAHAT YAQUB, AN INCOMPETENT ADULT** <br><br> **FED. R. CIV. P. 17(c)** |

Petitioner Sadia Yaqub, pursuant to Rule 17(c) of the Federal Rules of Civil Procedure, applies, ex pate, for an Order appointing her Guardian ad Litem for Plaintiff Rahat Yaqub, and incompetent adult.

1. Plaintiff Rahat Yaqub is the Plaintiff in the above-referenced case, and is an incompetent adult.

2. Sadia Yaqub, who is not a Plaintiff in this case, is the adult sister of Rahat Yaqub, and was appointed his Conservator by Order of the Superior Court of California, County of Merced.

3. Rahat Yaqub has valuable civil rights claims, as alleged in the complaint filed int eh above referenced case, arising out of an unlawful seizure and subjection to excessive force.  As an incompetent adult, Plaintiff cannot legally file suit, and therefore requires that a Guardian ad Litem be appointed for him.

4. Sadia Yaqub has not interest potentially adverse to Plaintiff Rahat Yaqub.

5. Sadia Yaqub is a resident of the City of Merced, County of Merced, in the State of California.

6. Sadia Yaqub is a responsible adult, is fully competent, and is fully able to understand and protect the rights of Plaintiff Rahat Yaqub, an incompetent adult.

Petitioner therefore respectfully requests an Order appointing Sadia Yaqub as Guardian ad Litem for Plaintiff Rahat Yaqub, an incompetent adult.

Dated:  October 17, 2023           /s/ *Che L. Hashim*
                                   Che L. Hashim
                                   Attorney for
                                   RAHAT YAQUB, an incompetent adult,
                                   by and through his Guardian Ad Litem,
                                   SADIA YAQUB