Che L. Hashim, Esq. (SBN 238565)
1901 Harrison Street, Suite 1100
Oakland, CA 94612
Tel: 415/902-0949
Email: che.hashim.esq@gmail.com

Attorney for Plaintiff
RAHAT YAQUB, an incompetent adult,
by and through his Guardian Ad Litem
SADIA YAQUB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RAHAT YAQUB, an incompetent adult, by and through his Guardian Ad Litem SADIA YAQUB,  Plaintiff,  vs.  CITY OF MERCED; JACOB PAYNTER; ARTURO GAONA-SATILLAN,  Defendants. | Case No.  **DECLARATION OF SADIA YAQUB IN SUPPORT OF EX PARTE APPLICATION OF SADIA YAQUB FOR APPOINTMENT AS GUARDIAN AD LITEM FOR PLAINTIFF RAHAT YAQUB, AN INCOMPETENT ADULT**  **FED. R. CIV. P. 17(c)** |
|---|---|

I, Sadia Yaqub, declare as follows:

    1.    My name is Sadia Yaqub.  I am a competent adult over the age of eighteen, and the sister of Rahat Yauqb, incompetent adult Plaintiff herein.  I have personal knowledge of the fats stated in this declaration.

2. Plaintiff Rahat Yaqub has a cause of action for personal injury/civil rights violations against the above-named Defendants, on which suit should be brought in this Court.

3. Plaintiff Rahat Yaqub is presently legally incompetent, and I have petitioned the Superior Court of California, County of Merced, to be appointed his conservator. Plaintiff Rahat Yaqub is not presently legally competent to bring his own lawsuit.

4. I am willing to serve as Guardian ad Litem for Plaintiff Rahat Yaqub, and I am fully competent to understand and protect the rights of the incompetent adult Plaintiff, and have no interest adverse to the Plaintiff.

5. My address and the address of the incompetent adult Plaintiff is 260 E. Bellvue Road, Merced, California, 95348.

6. My telephone number is as follows: 209-631-7198.

I declare under penalty of perjury under the law of the United States and the State of California that the foregoing is true and correct. Executed October 17, 2023, at Merced, California.

       /s/ Sadia Yaqub
Sadia Yaqub
(Original signature retained by attorney Che L. Hashim)