UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHAT YAQUB, *by and through his Guardian Ad Litem,* SADIA YAQUB,<br><br>Plaintiff,<br><br>v.<br><br>JACOB PAYNTER, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-01482-NODJ-EPG<br><br>ORDER APPROVING STIPULATION FOR A LIMITED STAY OF FACT DISCOVERY RELATED TO INDIVIDUAL DEFENDANTS JACOB PAYNTER AND ARTURO GAONA-SANTILLAN<br><br>(ECF No. 18) |

On January 11, 2024, the parties filed a joint stipulation requesting a limited stay of discovery as to Defendants Jacob Paynter and Arturo Gaona-Santillan. (ECF No. 18). According to the parties' stipulation, Defendants Paynter and Gaona-Santillan "are currently pending criminal charges in the Superior Court for the County of Merced arising out of the same incident, acts and/or omissions alleged in Plaintiff's Complaint for Damages." (*Id.*, p. 1). The state criminal case "is currently set for jury trial on May 14, 2024." (*Id.*) Further, "[t]he parties have met and conferred in an effort to balance the Fifth Amendment Rights of the Individual Defendants with Plaintiff's desire to proceed expeditiously with fact discovery" and "have utilized the five factors set out in *Keating v. Office of Thrift* Supervision, 45 F. 3d 322, 324 (9th Cir. 1995) during its evaluation of the stay requested[.]" (*Id.*, pp. 1-2). The parties request that "fact discovery directed to the Individual Defendants, as well as the disclosures required by Fed. R. Civ. Proc. 26" be

stayed until the state criminal cases have resolved. (*Id.*, p. 2). The parties have further stipulated that "should one of the criminal cases resolve but the other continue, the stay will be lifted for the Individual Defendant whose case resolved but remain in place for the Individual Defendant whose case continues until that remaining criminal case is resolved." (*Id.*, p. 2).

Based on the parties' stipulation, the Court will GRANT the parties' request (ECF No. 18) for a limited stay as follows:

1. Fact discovery (including initial disclosures) directed to individual Defendants Paynter and Gaona-Santillan is hereby stayed until the pending state criminal cases have resolved.

2. The stay will lift as to each individual defendant upon resolution of the criminal case against that defendant.

3. The parties shall file a joint report as to the status of the pending criminal cases by no later than June 4, 2024.

IT IS SO ORDERED.

Dated:   **January 17, 2024**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

2