UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHAT YAQUB,<br><br>             Plaintiff,<br><br>   v.<br><br>CITY OF MERCED, *et al.*,<br><br>             Defendants. | Case No. 1:23-cv-01482-EPG<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT RAHAT YAQUB, ID # 676, PLAINTIFF<br><br>DATE: **August 23, 2024**<br>TIME: **10:00 a.m.**<br>PLACE: **Courtroom 10 (EPG), 6th Floor, Robert E. Coyle Federal Courthouse** |

RAHAT YAQUB, a pretrial detainee, ID # 676, a party to and a necessary and material witness on his own behalf in a hearing in this case set for **August 23, 2024**, is confined at Merced County Jail in the custody of the Sherriff. To secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue, commanding the custodian to produce the inmate in Courtroom #10, 6th Floor, Robert E. Coyle Federal Courthouse, 2500 Tulare Street, Fresno, California, for **a hearing on August 23, 2024 at 10:00 a.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum shall issue, under the seal of this court, commanding the Sheriff to produce the inmate named above to testify in person at the United States District Court at the time and place above, and from day-to-day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ. The Court may be notified by contacting the Court's Courtroom Deputy, Michelle Means Rooney (mrooney@caed.uscourts.gov).

3. The Clerk of the Court is directed to serve a copy of this order via mail on the Sheriff at the Merced County Jail at 700 W. 22nd St., Merced, CA, 95340, and via fax (209) 385-7445 or via email.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Sheriff, Merced County Jail, 700 W. 22nd St., Merced, CA, 95340,**

**WE COMMAND** you to produce the inmate named above to testify before the United

1

States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **June 12, 2024**　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

