UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHAT YAQUB,<br><br>    Plaintiff, *by and through his guardian ad litem*, SADIA YAQUB<br><br>v.<br><br>JACOB PAYNTER, *et al.*,<br><br>    Defendants. | Case No. 1:23-cv-01482-EPG<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF No. 36) |

On June 4, 2024, Plaintiff Rahat Yaqub, proceeding by and through his *guardian ad litem*, Sadia Yaqub, filed a motion for approval of settlement. (ECF No. 34). The Court set a hearing for August 23, 2024, and issued a writ to the Sheriff of the Merced County Jail to secure Plaintiff's attendance at the hearing. (ECF Nos. 35, 36).

However, the Court has since been informed that Plaintiff has been released from the custody of the Merced County Jail. Thus, the Court will vacate the writ.

Accordingly, IT IS ORDERED as follows:

1. The writ of habeas corpus ad testificandum entered on June 13, 2024, commanding the Sheriff of the Merced County Jail to produce Plaintiff for the hearing on August 23, 2024, is vacated. (ECF No. 36)

2. The Clerk of the Court is directed to serve a copy of this order via mail on the Sheriff at the Merced County Jail at 700 W. 22nd St., Merced, CA, 95340, and via fax (209) 385-7445 or via email.

IT IS SO ORDERED.

Dated:  **August 1, 2024**                                /s/ Erica P. Grosjean
                                                                               UNITED STATES MAGISTRATE JUDGE

2