# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHAT YAQUB, | Case No. 1:23-cv-01482-EPG |
| Plaintiff, *by and through his guardian ad litem*, SADIA YAQUB | ORDER DISCHARGING SADIA YAQUB AS GUARDIAN AD LITEM FOR PLAINTIFF RAHAT YAQUB |
| v. | (ECF No. 7) |
| JACOB PAYNTER, *et al.*, | |
| Defendants. | |

Plaintiff Rahat Yaqub commenced this action on October 17, 2023. (ECF No. 1). The same day, Plaintiff's sister, Sadia Yaqub, filed an ex parte application for an order appointing her *guardian ad litem* for Plaintiff. (ECF No. 2). Based on Ms. Yaqub's sworn declaration asserting that Plaintiff was not legally competent at the time to bring his own lawsuit, the Court granted the order and appointed Ms. Yaqub *guardian ad litem* for Plaintiff. (ECF No. 7).

On March 19, 2024, the parties participated in a settlement conference and the case was settled. (ECF No. 28). On June 4, 2024, Plaintiff, proceeding by and through his *guardian ad litem*, filed a motion for approval of settlement. (ECF No. 34). The Court held a hearing on the motion on August 23, 2024. (ECF No. 41).

In its motion to approve the settlement as well as at the August 23, 2024, hearing, the Court was asked to reconsider the appointment of the *guardian ad litem* in light of changes in Plaintiff's mental status and medication compliance. The Court addressed the issue in depth

1

during the hearing and concluded that Plaintiff is currently sufficiently competent and capable of understanding the nature and consequences of the proceedings and able to assist his counsel in preparing his case. *See Golden Gate Way, LLC v. Stewart*, No. C 09-04458 DMR, 2012 WL 4482053, at *2 (N.D. Cal. Sept. 28, 2012) (citing *In re Jessica G.*, 93 Cal. App. 4th 1180, 1186 (2001); Cal. Civ. Proc. Code § 372; and *In re Sara D.*, 87 Cal. App. 4th 661, 666-67 (2001)). The Court thus concluded that it is appropriate at this time discharge Sadia Yaqub as *guardian ad litem* for Plaintiff.

Accordingly, IT IS ORDERED:

1. Sadia Yaqub is discharged as *guardian ad litem* for Plaintiff Rahat Yaqub.
2. Plaintiff Rahat Yaqub will represent his own interests in this case going forward, including in the finalization of the terms of the settlement.
3. The Clerk of Court is respectfully directed to terminate Sadia Yaqub from the case.

IT IS SO ORDERED.

Dated:  **August 26, 2024**                    /s/ *Erica P. Grosjean*
                                               UNITED STATES MAGISTRATE JUDGE

2