UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHAT YAQUB,<br><br>        Plaintiff,<br><br>    v.<br><br>PAYNTER, *et al.*,<br><br>        Defendants. | Case No. 1:23-cv-01482-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 48). |

      On November 20, 2024, Plaintiff Rahat Yaqub and Defendants Jacob Paynter, Arturo Gaona-Santillan, and the City of Merced filed a joint stipulation dismissing this action with prejudice, with each party to bear its own costs and fees. (ECF No. 48).[1] In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear its own costs and fees.[2] The Court retains jurisdiction to enforce the terms of the settlement agreement.[3]

\\\

---

[1] Following the consent of the parties, this case was reassigned to the undersigned by District Judge Kirk E. Sherriff for the undersigned "to conduct all further proceedings in this case, including trial and entry of final judgment." *See* ECF No. 32.

[2] On September 18, 2024, the Court approved the parties' settlement. (ECF No. 44).

[3] The parties reached a settlement following a Court-facilitated settlement conference before the undersigned. *See* ECF No. 28.

1

1   Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 21, 2024**    /s/ Erica P. Grosjean
                                UNITED STATES MAGISTRATE JUDGE